AO 120 (Rev. 2/99)

| TO: | Mail Stop 8<br>Director of the U.S. Patent & Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **Northern District California** on the ☐ Patents or ✔ Trademarks:

| DOCKET NO.<br>CV 15-03890 JCS | DATE FILED<br>8/26/15 | U.S. DISTRICT COURT<br>450 Golden Gate Avenue, 16th Floor, San Francisco CA 94102 |
|---|---|---|
| PLAINTIFF<br>BACKROADS | | DEFENDANT<br>BACK ROADS TOURING CO LIMITED |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | ***see attach Complaint*** |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK<br>Richard W. Wieking | (BY) DEPUTY CLERK<br>Gina Agustine | DATE<br>August 27, 2015 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Commissioner   **Copy 3**—Upon termination of action, mail this copy to Commissioner
**Copy 2**—Upon filing document adding patent(s), mail this copy to Commissioner   **Copy 4**—Case file copy