| | |
|---|---|
| 1 | RODNEY E. GOULD, State Bar. No. 238877 |
| 2 | rgould@rhglaw.com<br>RUBIN, HAY & GOULD, P.C. |
| 3 | 205 Newbury Street, P.O. Box 786<br>Framingham, Massachusetts 01701 |
| 4 | Telephone:    (508) 875-5222<br>Facsimile:    (508) 879-6803 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>BACKROADS |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BACKROADS,                                          )   Case No. 4:15-cv-03890-JSW
a California corporation,                           )
                                                    )   **CERTIFICATE OF SERVICE OF ORDER**
        Plaintiff,                                  )   **SETTING CASE MANAGEMENT**
                                                    )   **CONFERENCE**
v.                                                  )
                                                    )
BACK ROADS TOURING CO.                              )
LIMITED, a United Kingdom limited                   )
Company,                                            )
                                                    )
        Defendant.                                  )
_____)

The undersigned, lead counsel for the plaintiff BACKROADS, hereby certifies that on November 18, 2015 the undersigned served, via email and United States First Class Mail, postage prepaid, the Court's November 17, 2015 Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement [Doc. # 13], in accordance with said Order and Fed. R. Civ. P. 4 and 5, upon the following:

| | |
|---|---|
| D. Peter Harvey, Esq. | James M. Gibson, Esq. |
| pharvey@harveysiskind.com | jmgibson@powleygibson.com |
| Donald A. Thompson, Esq. | POWLEY & GIBSON, P.C. |
| dthompson@harveysiskind.com | 304 Hudson Street, Suite 202 |
| HARVEY SISKIND LLP | New York, NY  10013 |
| 4 Embarcadero Center, 39th Floor | |
| San Francisco, CA  94111 | *Attorney for Defendant* |

*Attorney for Defendant*

Dated:  November 18, 2015          RUBIN, HAY & GOULD, P.C.


By:   */s/ Rodney E. Gould*
Rodney E. Gould, S.B.M. 238877
rgould@rhglaw.com
205 Newbury Street
P.O. Box 786
Framingham, Massachusetts 01701
Telephone:     (508)-875-5222
Facsimile:      (508)-879-6803

Attorneys for Plaintiff
BACKROADS

# CERTIFICATE OF SERVICE

I, Rodney E. Gould, hereby certify that on this 18th day of November, 2015, the foregoing CERTIFICATE OF SERVICE OF ORDER SETTING CASE MANAGEMENT CONFERENCE was filed electronically and is available for viewing and downloading from the ECF system of the United States District Court for the Northern District of California, and was served via email and United States First Class Mail, postage prepaid, upon the following:

| | |
|---|---|
| D. Peter Harvey, Esq.<br>pharvey@harveysiskind.com<br>Donald A. Thompson, Esq.<br>dthompson@harveysiskind.com<br>HARVEY SISKIND LLP<br>4 Embarcadero Center, 39th Floor<br>San Francisco, CA  94111 | James M. Gibson, Esq.<br>jmgibson@powleygibson.com<br>POWLEY & GIBSON, P.C.<br>304 Hudson Street, Suite 202<br>New York, NY  10013 |

*/s/ Rodney E. Gould*
_____
Rodney E. Gould