HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
Email:  pharvey@harveysiskind.com
DONALD A. THOMPSON (SBN 260076)
Email:  dthompson@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone:  (415) 354-0100
Facsimile:  (415) 391-7124

POWLEY & GIBSON, P.C.
JAMES M. GIBSON (*pro hac vice pending*)
Email:  jmgibson@powleygibson.com
DAVID A. JONES (*pro hac vice pending*)
Email:  djones@powleygibson.com
304 Hudson Street, Suite 202
New York, New York 10013
Telephone:  (212) 226 - 5054  x316
Facsimile:  (212) 226 - 5085

Attorneys for Defendant
BACK ROADS TOURING CO. LIMITED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| BACKROADS, a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BACK ROADS TOURING CO. LIMITED, a United Kingdom limited company,<br><br>　　　　　　　Defendant. | Case No. C 15-03890 JSW<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE** |

This Stipulated Request and Proposed Order is entered into and made by Plaintiff Backroads and Defendant Back Roads Touring Co. Limited, by and through their respective counsel of record.

1. Defendant's counsel and plaintiff's counsel jointly request and stipulate pursuant to Civil Local Rules 6-2 and 7-12 that the Court reschedule the Initial Case Management Conference, currently set for Friday, December 4, 2015 at 11:00 a.m. (D.N. 13).

2. The parties are currently discussing possible terms of settlement in an effort to resolve this matter without the need for further litigation and use of judicial resources, and require the requested extension to allow further settlement discussions to take place.

3. In addition to conserving judicial resources, because lead counsel for both parties are located on the east coast, the parties jointly request this extension of time in an effort to avoid the additional cost to the parties of travelling to California if an amicable resolution can otherwise be reached.

4. The parties have not previously requested any modifications to the schedule.

5. If granted, this time modification is not expected to have any effect on the greater schedule for this case.

6. The parties hereby respectfully request that the Initial Case Management Conference be rescheduled to Friday, February 19, 2016 at 11:00 a.m., or as soon thereafter as is convenient for the Court. The parties note that counsel who will be appearing at the Initial Case Management Conference have existing commitments on all Fridays prior to the requested date of February 19, 2016. The parties also respectfully request that their Joint Case Management Statement be due on or before February 12, 2016, and all deadlines calculated from the date of the Initial Case Management Conference be rescheduled accordingly.

Dated: November 19, 2015                    HARVEY SISKIND LLP
                                            D. PETER HARVEY
                                            DONALD A. THOMPSON

                                            POWLEY & GIBSON, P.C.
                                            JAMES M. GIBSON
                                            DAVID A. JONES

By: _____/s/_____
    Donald A. Thompson

Attorneys for Defendant
BACK ROADS TOURING CO. LIMITED

RUBIN, HAY & GOULD, P.C.
RODNEY E. GOULD

By: _____/s/_____
    Rodney E. Gould

Attorneys for Plaintiff
BACKROADS

I, Donald A. Thompson, am the ECF User whose identification and password are being used to file this document. Pursuant to Civil Local Rule 5-1, I hereby attest that counsel for Plaintiff has concurred in this filing.

_____/s/_____
Donald A. Thompson

## [PROPOSED] ORDER

The parties' stipulation to continue the Initial Case Management Conference is granted. The Initial Case Management Conference will take place at 11:00 a.m. on Friday, February 19, 2016 in Courtroom 5. All deadlines calculated from the date of the Initial Case Management Conference shall be rescheduled accordingly.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____      _____
                                                 Hon. Jeffrey S. White
                                                 United States District Judge