HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
Email: pharvey@harveysiskind.com
DONALD A. THOMPSON (SBN 260076)
Email: dthompson@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

POWLEY & GIBSON, P.C.
JAMES M. GIBSON (*pro hac vice pending*)
Email: jmgibson@powleygibson.com
DAVID A. JONES (*pro hac vice pending*)
Email: djones@powleygibson.com
304 Hudson Street, Suite 202
New York, New York 10013
Telephone: (212) 226 - 5054  x316
Facsimile: (212) 226 - 5085

Attorneys for Defendant
BACK ROADS TOURING CO. LIMITED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| BACKROADS, a California corporation, | Case No. C 15-03890 JSW |
| Plaintiff, | **DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| BACK ROADS TOURING CO. LIMITED, a United Kingdom limited company, | |
| Defendant. | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Flight Centre Travel Group Limited

Rigbrook Proprietary Limited

Flight Centre USA Holdings Corp.

FC USA, Inc. d/b/a Liberty Travel

Dated: November 19, 2015

HARVEY SISKIND LLP
D. PETER HARVEY
DONALD A. THOMPSON

POWLEY & GIBSON, P.C.
JAMES M. GIBSON
DAVID A. JONES

By: _____/s/_____
         Donald A. Thompson

Attorneys for Defendant
BACK ROADS TOURING CO. LIMITED