RODNEY E. GOULD, State Bar. No. 238877
rgould@rhglaw.com
RUBIN, HAY & GOULD, P.C.
205 Newbury Street, P.O. Box 786
Framingham, Massachusetts 01701
Telephone:    (508) 875-5222
Facsimile:    (508) 879-6803

Attorneys for Plaintiff
BACKROADS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKROADS, a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> BACK ROADS TOURING CO. LIMITED, a United Kingdom limited Company, <br><br> Defendant. | Case No.  4:15-cv-03890-JSW <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br> **[N.D. CAL. LOCAL RULE 3-15]** <br><br> Complaint filed:  August 26, 2015 |

Pursuant to Northern District Local Rule 3-15, plaintiff, through its counsel, hereby certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities have (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Thomas H. Hale, Trustee of the Thomas Haire Hale and Elizabeth Ellen Hale

　　　Living Trust;

1  Thomas H. Hale, Trustee of the separate estate of Elizabeth E. Hale under the
2  Thomas Haire Hale and Elizabeth Ellen Hale Living Trust;
3  Thomas H. Hale, Trustee of the separate estate of Thomas H. Hale under the
4  Thomas Haire Hale and Elizabeth Ellen Hale Living Trust;
5
6  Kurt M. Schwartz, Trustee of the Avery E. Hale Trust under the Thomas Hale
7  Children Grantor Retained Annuity Trust;
8  Kurt M. Schwartz, Trustee of the W.T.H. Trust under the Thomas Hale Children
9  Grantor Retained Annuity Trust [Minor's name redacted]; and,
10 Kurt M. Schwartz, Trustee of the G.F.H. Trust under the Thomas Hale Children
11 Grantor Retained Annuity Trust [Minor's name redacted].

Dated:  November 20, 2015            RUBIN, HAY & GOULD, P.C.

                                     By:  /s/ Rodney E. Gould
                                     RODNEY E. GOULD
                                     Attorneys for Plaintiff
                                     BACKROADS

# **CERTIFICATE OF SERVICE**

I, Rodney E. Gould, hereby certify that on this 20th day of November, 2015, the foregoing CERTIFICATION OF INTERESTED ENTITIES OR PERSONS was filed electronically and is available for viewing and downloading from the ECF system of the United States District Court for the Northern District of California, and was served via email and United States First Class Mail, postage prepaid, upon the following:

| | |
|---|---|
| D. Peter Harvey, Esq.<br>pharvey@harveysiskind.com<br>Donald A. Thompson, Esq.<br>dthompson@harveysiskind.com<br>HARVEY SISKIND LLP<br>4 Embarcadero Center, 39th Floor<br>San Francisco, CA  94111 | James M. Gibson, Esq.<br>jmgibson@powleygibson.com<br>POWLEY & GIBSON, P.C.<br>304 Hudson Street, Suite 202<br>New York, NY  10013 |

*/s/ Rodney E. Gould*

_____

Rodney E. Gould