# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Backroads,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>Back Roads Touring Co. Limited,<br><br>　　　　　　Defendant(s). | 15-03890 JSW MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> Shirish Gupta
> JAMS
> 2 Embarcadero Center, Suite 1500
> San Francisco, CA 94111
> 415-982-5267
> sgupta@jamsadr.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
15-03890 JSW MED                           - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: February 3, 2016

SUSAN Y. SOONG
Clerk
by:    Claudia M. Forehand

_____/s/_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
15-03890 JSW MED                - 2 -