UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

DATE: February 19, 2016                                   Time in Court: 15 minutes

JUDGE: JEFFREY S. WHITE                          Court Reporter: Diane Skillman

Courtroom Deputy: Jennifer Ottolini

CASE NO. C-15-3890 JSW
TITLE: Backroads v. Back Roads Touring Company

COUNSEL FOR PLAINTIFF:                        COUNSEL FOR DEFENDANT:
Rodney Gould                                              James Gibson

PROCEEDINGS: Initial Case Management Conference

RESULTS: Counsel shall confer with clients and submit a joint consent / declination for reassignment to a Magistrate Judge for All Purposes by February 26, 2016.

Deadline to Amend Pleadings: 4-19-16

ADR: Private Mediation to be completed by 5-19-16

| | |
|---|---|
| Close of discovery: | 11-18-16 |
| Plt. designation of experts: | 1-30-17 |
| Deadline to depose Plt. experts: | 2-28-17 |
| Deft. designation of experts: | 3-14-17 |
| Deadline to depose Deft. experts: | 4-14-17 |

Hearing on dispositive motions (if any):   7-14-17 at 9:00 a.m.
If the parties will be filing cross motions dispositive motions, they shall meet and confer and agree to a 4-brief schedule whereby the final brief is filed 2 weeks before the hearing as follows:
  Opening summary judgment motion is filed;
  Opposition and cross-motion are filed;
  Reply and opposition to the cross-motion are filed;
  Reply is due at least 2 weeks before the hearing

| | |
|---|---|
| Pretrial Conference: | 10-16-17 at 2:00 p.m. ** |
| Jury Selection: | 11-1-17 at 8:00 a.m. |
| Jury Trial: | 11-6-17 at 8:00 a..m. (3 day est) |

**Counsel are referred to Judge White's Standing order:
*GUIDELINES FOR TRIAL AND FINAL PRETRIAL CONFERENCE IN CIVIL JURY CASES BEFORE THE HONORABLE JEFFREY S. WHITE*