HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
Email:  pharvey@harveysiskind.com
DONALD A. THOMPSON (SBN 260076)
Email:  dthompson@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone:  (415) 354-0100
Facsimile:  (415) 391-7124

POWLEY & GIBSON, P.C.
JAMES M. GIBSON (*pro hac vice*)
Email:  jmgibson@powleygibson.com
DAVID A. JONES (*pro hac vice*)
Email:  djones@powleygibson.com
304 Hudson Street, Suite 202
New York, New York 10013
Telephone:  (212) 226 - 5054
Facsimile:  (212) 226 - 5085

Attorneys for Defendant
BACK ROADS TOURING CO. LIMITED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| BACKROADS, a California corporation, | Case No. C 15-03890 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO COMPLETE ADR** |
| v. | |
| BACK ROADS TOURING CO. LIMITED, a United Kingdom limited company, | |
| Defendant. | |

This Stipulation and Proposed Order is entered into and made by Plaintiff Backroads and Defendant Back Roads Touring Co. Limited, (the "Parties"), by and through their respective counsel of record.

1. The Parties' counsel jointly request and stipulate pursuant to Civil Local Rules 6-2 and 7-12 that the Court extend the deadline by which the Parties must complete their agreed-upon private ADR, currently set for Thursday, May 19, 2016 in the Court's Order Scheduling Trial and Pretrial Matters, dated February 29, 2016 (the "Scheduling Order"). (D.N. 35).

2. The Parties agree that certain depositions need to be conducted in order for mediation to have the greatest chance of effectively resolving this matter.

3. The Parties have been cooperating, and continue to cooperate, in working towards a mutually acceptable schedule. However, given the logistical difficulties of coordinating the calendars of the witnesses, the Parties and their counsel for depositions in both New York and California and for the mediation in California (for which some attendees need to come from overseas), the Parties are not able to conduct all necessary depositions before the current ADR deadline.

4. The Parties require the requested extension to allow sufficient time to complete preliminary depositions in advance of the mediation.

5. The Parties have not previously requested any modifications to the Scheduling Order, although the parties did request one prior continuance of the Initial Case Management Conference, which the Court granted on November 24, 2015. (D.N. 24).

6. If granted, the extension requested herein will have no effect on any other dates set forth in the Scheduling Order, and the deadline for the close of Non-expert Discovery is not until November 18, 2016. (D.N. 35).

7. The Parties hereby respectfully request that the deadline by which they must complete ADR be rescheduled to Friday, July 15, 2016, or as soon thereafter as the Court deems appropriate.

Dated: April 8, 2016

HARVEY SISKIND LLP
D. PETER HARVEY
DONALD A. THOMPSON

POWLEY & GIBSON, P.C.
JAMES M. GIBSON
DAVID A. JONES


By:  /s/ James M. Gibson
         James M. Gibson

Attorneys for Defendant
BACK ROADS TOURING CO. LIMITED

RUBIN, HAY & GOULD, P.C.
RODNEY E. GOULD
MELISSA B. PARADIS



By:  /s/ Rodney E. Gould
         Rodney E. Gould

Attorneys for Plaintiff
BACKROADS


I, James M. Gibson, am the ECF User whose identification and password are being used to file this document. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that each other signatory has concurred in this filing.

/s/ James M. Gibson

2

STIPULATION AND [PROPOSED] ORDER TO EXTEND ADR DEADLINE         Case No.: C 15-03890 JSW

**[PROPOSED] ORDER**

The parties' stipulated request to extend the deadline to complete ADR is granted. The new deadline by which ADR must be completed in this matter is Friday, July 15, 2016. All other deadlines in the Court's February 29, 2016 Order Scheduling Trial and Pretrial Matters shall remain unchanged.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 8, 2016

_____
Hon. Jeffrey S. White
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND ADR DEADLINE      Case No.: C 15-03890 JSW