POWLEY & GIBSON, P.C.
JAMES M. GIBSON (*pro hac vice*)
Email:  jmgibson@powleygibson.com
DAVID A. JONES (*pro hac vice*)
Email:  djones@powleygibson.com
304 Hudson Street, Suite 202
New York, New York 10013
Telephone:  (212) 226 - 5054
Facsimile:  (212) 226 - 5085

HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
Email:  pharvey@harveysiskind.com
DONALD A. THOMPSON (SBN 260076)
Email:  dthompson@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone:  (415) 354-0100
Facsimile:   (415) 391-7124

Attorneys for Defendant
BACK ROADS TOURING CO. LIMITED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| BACKROADS, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BACK ROADS TOURING CO. LIMITED, a United Kingdom limited company,<br><br>Defendant. | Case No. C 15-03890 JSW<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO COMPLETE ADR** |

This Second Stipulation and Proposed Order is entered into and made by Plaintiff Backroads and Defendant Back Roads Touring Co. Limited, (the "Parties"), by and through their respective counsel of record.

1.      The Parties' counsel jointly request and stipulate pursuant to Civil Local Rules 6-2 and 7-12 that the Court extend the deadline by which the Parties must complete their agreed-upon private ADR, currently set for Friday, July 15, 2016 in the Court's Order , dated April 8, 2016 (the "Order"). (D.N. 37).

2.      The Parties continue to agree that certain depositions need to be conducted in order for mediation to have the greatest chance of effectively resolving this matter.

3.      The Parties have been diligently working towards a mutually acceptable schedule. However, given the continuing logistical difficulties of coordinating the calendars of the witnesses, the Parties and their counsel for depositions in both New York and California and for the mediation in California (for which some attendees need to come from overseas), it has taken additional time for the Parties to set a mutually agreeable schedule and, as such, the Parties are not able to conduct all necessary depositions before the current ADR deadline.

4.      The depositions of Plaintiff's witnesses had previously been scheduled to be taken on April 28 and April 29, 2016; however, they had to be cancelled due to a death in the family of Defendant's counsel.

5.      The Parties have agreed to schedule the depositions of Plaintiff's witnesses on August 23, 2016 and August 24, 2016.

6.      The Parties have further agreed on September 13, 2016 as the date to hold the mediation, and confirmed the mediator's availability for that date.

7.      Defendant has agreed to schedule the depositions of its witnesses in August, although both will need to travel from the United Kingdom, so final dates have not yet been settled upon.

8.      Given the dates agreed to by the Parties and outlined above, the Parties require the requested extension to allow sufficient time to complete preliminary depositions in advance of the mediation.

1

9. The Parties have previously requested one modification to the Scheduling Order, which the Court granted on April 8, 2016. (D.N. 37).

10. If granted, the extension requested herein will have no effect on any other dates set forth in the Scheduling Order, and the deadline for the close of Non-expert Discovery is not until November 18, 2016. (D.N. 35).

11. The Parties hereby respectfully request that the deadline by which they must complete ADR be rescheduled to Tuesday, September 13, 2016, or as soon thereafter as the Court deems appropriate.

Dated: June 21, 2016

HARVEY SISKIND LLP
D. PETER HARVEY
DONALD A. THOMPSON

POWLEY & GIBSON, P.C.
JAMES M. GIBSON
DAVID A. JONES

By:   /s/ James M. Gibson
       James M. Gibson

Attorneys for Defendant

RUBIN, HAY & GOULD, P.C.
RODNEY E. GOULD
MELISSA B. PARADIS

By:   /s/ Rodney E. Gould
      Rodney E. Gould

Attorneys for Plaintiff

I, James M. Gibson, am the ECF User whose identification and password are being used to file this document. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that each other signatory has concurred in this filing.

/s/ James M. Gibson

2

1

# [PROPOSED] ORDER

2

The parties' stipulated request to extend the deadline to complete ADR is granted.  The new

3

deadline by which ADR must be completed in this matter is Tuesday, September 13, 2016.  All other

4

deadlines in the Court's February 29, 2016 Order Scheduling Trial and Pretrial Matters shall remain

5

unchanged.

6

7

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8

9

10

Dated:  June 22, 2016

11

Hon. Jeffrey S. White
United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3