POWLEY & GIBSON, P.C.
JAMES M. GIBSON (*pro hac vice*)
Email: jmgibson@powleygibson.com
DAVID A. JONES (*pro hac vice*)
Email: djones@powleygibson.com
304 Hudson Street, Suite 202
New York, New York 10013
Telephone: (212) 226 - 5054
Facsimile: (212) 226 - 5085

HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
Email: pharvey@harveysiskind.com
DONALD A. THOMPSON (SBN 260076)
Email: dthompson@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

Attorneys for Defendant
BACK ROADS TOURING CO. LIMITED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| BACKROADS, a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>BACK ROADS TOURING CO. LIMITED, a United Kingdom limited company,<br><br>        Defendant. | Case No. C 15-03890 JSW<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES** |

Pursuant to Civil Local Rule 6-2, Plaintiff Backroads ("Plaintiff") and Defendant Back Roads Touring Co. Limited ("Defendant"), by and through their respective counsel of record, hereby respectfully request that the Court extend the discovery and dispositive motion deadlines set forth in the Order Scheduling Trial and Pretrial Matters, entered February 29, 2016 (D.N. # 35) (the "Scheduling Order") to allow the parties additional time to consider settlement and complete discovery.

In particular, the parties request that the close of non-expert discovery be extended by 120 days, the close of expert discovery be extended by 90 days, and the deadline for hearing dispositive motions be extended by 60 days, in each case as set forth in the attached Proposed Order.

In support of this request, the parties declare:

1. Depositions of Defendant's initial witnesses took place on August 16 and 18, 2016.

2. Depositions of Plaintiff's initial witnesses took place on August 23 and 24, 2016.

3. On September 14, 2016, the parties conducted a mediation conference (*see* D.N. # 46).

4. Despite not reaching a settlement during that mediation conference, the parties agreed that a further meeting between the CEO of Plaintiff and the CEO of Defendant's parent company might succeed in bringing about settlement, obviating the need for further litigation and trial.

5. The parties are diligently trying to find a mutually acceptable date for such an in-person meeting. However, there are serious logistical difficulties coordinating the calendars of Plaintiff's CEO, who is located in California, and the CEO of Defendant's parent company, who is located in Australia. At present, the earliest available date for an in-person meeting is in mid-January.

6. Given the circumstances and issues outlined above, the parties desire the requested extension to facilitate settlement and, alternatively, complete discovery if settlement is not reached.

7. This is the first modification to the Scheduling Order that has been requested by either party.

8. If granted, the extension requested herein will have no effect on the trial dates set forth in the Scheduling Order.

Dated: October 18, 2016  Respectfully submitted,

POWLEY & GIBSON, P.C.
JAMES M. GIBSON
DAVID A. JONES


HARVEY SISKIND LLP
D. PETER HARVEY
DONALD A. THOMPSON

By:  /s/ James M. Gibson
        James M. Gibson

Attorneys for Defendant

RUBIN, HAY & GOULD, P.C.
RODNEY E. GOULD
MELISSA B. PARADIS


By:  /s/ Rodney E. Gould
        Rodney E. Gould

Attorneys for Plaintiff

I, James M. Gibson, am the ECF User whose identification and password are being used to file this document. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that each other signatory has concurred in this filing.

/s/ James M. Gibson

**[PROPOSED] ORDER**

The parties' stipulated request deadlines is granted.  The new deadlines shall be as follows:

| | |
|---|---|
| Close of Non-expert Discovery: | March 20, 2017 |
| Last Day for Expert Discovery: | July 13, 2017 |
| Last Day to Hear Dispositive Motions: | September 12, 2017 |

All other deadlines in the Court's February 29, 2016 Order Scheduling Trial and Pretrial Matters (D.N. # 35) shall remain unchanged.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____         _____
                                                                        HON. JEFFREY S. WHITE
                                                                        United States District Judge