POWLEY & GIBSON, P.C.
JAMES M. GIBSON (*pro hac vice*)
Email: jmgibson@powleygibson.com
DAVID A. JONES (*pro hac vice*)
Email: djones@powleygibson.com
304 Hudson Street, Suite 202
New York, New York 10013
Telephone: (212) 226 - 5054
Facsimile: (212) 226 - 5085

HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
Email: pharvey@harveysiskind.com
DONALD A. THOMPSON (SBN 260076)
Email: dthompson@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

Attorneys for Defendant
BACK ROADS TOURING CO. LIMITED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| BACKROADS, a California corporation, | Case No. C 15-03890 JSW |
| Plaintiff, | **RENEWED STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND SCHEDULING DEADLINES**<br>AS MODIFIED |
| v. | |
| BACK ROADS TOURING CO. LIMITED, a United Kingdom limited company, | |
| Defendant. | |

RENEWED STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND    Case No.: C 15-03890 JSW

Pursuant to Civil Local Rule 6-2 and Your Honor's Order Denying, Without Prejudice, Consent Motion to Extend Deadlines, Plaintiff Backroads ("Plaintiff") and Defendant Back Roads Touring Co. Limited ("Defendant"), by and through their respective counsel of record, hereby respectfully renew their request that the Court extend the discovery and dispositive motion deadlines, as well as all other pretrial and trial deadlines set forth in the Order Scheduling Trial and Pretrial Matters entered February 29, 2016 (D.N. # 35) (the "Scheduling Order") to allow the parties additional time to consider settlement and complete discovery.

In particular, the parties request that all dates in the Scheduling Order be extended by four (4) months as set forth in the attached Proposed Order.

In support of this request, the parties declare:

1. Depositions of Defendant's initial witnesses took place on August 16 and 18, 2016.

2. Depositions of Plaintiff's initial witnesses took place on August 23 and 24, 2016.

3. On September 14, 2016, the parties conducted a mediation conference (*see* D.N. # 46).

4. Despite not reaching a settlement during that mediation conference, the parties agreed that a further meeting between the CEO of Plaintiff and the CEO of Defendant's parent company might succeed in bringing about settlement, obviating the need for further litigation and trial.

5. The parties are diligently trying to find a mutually acceptable date for such an in-person meeting. However, there are serious logistical difficulties coordinating the calendars of Plaintiff's CEO, who is located in California, and the CEO of Defendant's parent company, who is located in Australia. At present, the earliest available date for an in-person meeting is in mid-January.

6. Given the circumstances and issues outlined above, the parties desire the requested extension to facilitate settlement and, alternatively, complete discovery if settlement is not reached.

7. This is the second modification to the Scheduling Order that has been requested by either party. The first Stipulated Request and [Proposed] Order to Extend Discovery and Dispositive Motion Deadlines (D.N. # 47), was filed on October 18, 2016, and denied by the Court without prejudice on October 18, 2016 (D.N. # 48). Your Honor granted the parties permission to submit a renewed motion that included a deadline for dispositive motions that falls on a Friday, and allows the

1  Court sufficient time to resolve any dispositive motion before the parties are required to exchange

2  motions in limine and before the pretrial conference is held.

3      8.    In light of the foregoing, the parties respectfully request that Your Honor grant this

4  renewed Stipulated Request.

5

6  Dated: October 21, 2016                  Respectfully submitted,

7                                   POWLEY & GIBSON, P.C.
                                 JAMES M. GIBSON

8                                   DAVID A. JONES

9

10                                  HARVEY SISKIND LLP
                                 D. PETER HARVEY

11                                  DONALD A. THOMPSON

12                                  By:   /s/ James M. Gibson
                                                James M. Gibson

13

14                                  Attorneys for Defendant

15                                  SMITH DUGGAN BUELL & RUFO LLP
                                 RODNEY E. GOULD

16                                  MELISSA B. PARADIS

17

18                                  By:   /s/ Rodney E. Gould
                                                Rodney E. Gould

19

20                                  Attorneys for Plaintiff

21

22

23     I, James M. Gibson, am the ECF User whose identification and password are being used to file
this document. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that each other signatory has

24 concurred in this filing.

25                                          /s/ James M. Gibson

26

27

28

### [~~PROPOSED~~] ORDER

The parties' stipulated request deadlines is granted.  The new deadlines shall be as follows:

| | |
|---|---|
| Close of Non-expert Discovery: | March 20, 2017 |
| Last Day for Expert Discovery: | August 14, 2017 |
| Last Day to Hear Dispositive Motions: | ~~November 17, 2017~~ November 3, 2017  9:00 a.m. |
| Pretrial Conference: | MONDAY ~~February 16, 2018~~ February 12, 2018  2:00 p.m. |
| Jury Selection: | WEDNESDAY February 28, 2018  8:00 am. ~~March 1, 2018~~ |
| Trial Date: | MONDAY March 5, 2018  8:00 a.m. ~~March 6, 2018~~ |

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: October 24, 2016                          _____
                                                 HON. JEFFREY S. WHITE
                                                 United States District Judge