POWLEY & GIBSON, P.C.
JAMES M. GIBSON (*pro hac vice*)
Email:  jmgibson@powleygibson.com
DAVID A. JONES (*pro hac vice*)
Email:  djones@powleygibson.com
304 Hudson Street, Suite 202
New York, New York 10013
Telephone:  (212) 226 - 5054
Facsimile:  (212) 226 - 5085

HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
Email:  pharvey@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone:  (415) 354-0100
Facsimile:   (415) 391-7124

Attorneys for Defendant
BACK ROADS TOURING CO. LIMITED

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| BACKROADS, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BACK ROADS TOURING CO. LIMITED, a United Kingdom limited company,<br><br>Defendant. | Case No. C 15-03890 JSW<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND DEADLINE TO COMPLETE FACT DISCOVERY** |

Pursuant to Civil Local Rule 6-2, Plaintiff Backroads ("Plaintiff") and Defendant Back Roads Touring Co. Limited ("Defendant"), by and through their respective counsel of record, hereby respectfully request that the Court extend only the Close of Non-Expert Discovery set forth in the Order Granting, As Modified, Renewed Stipulation for Extension of Time to Complete Discovery and for all Other Trial and Pretrial Deadlines, entered October 24, 2016 (D.N. # 50) (the "Modified Scheduling Order") by sixty (60) days, to allow the parties additional time to continue settlement discussions and complete discovery.

In support of this request, the parties declare:

1.　　On February 29, 2016, the Court entered an Order Scheduling Trial and Pretrial Matters (D.N. # 35) (the "Original Scheduling Order").

2.　　Depositions of Defendant's initial witnesses took place on August 16 and 18, 2016.

3.　　Depositions of Plaintiff's initial witnesses took place on August 23 and 24, 2016.

4.　　On September 14, 2016, the parties conducted a mediation conference (*see* D.N. # 46).

5.　　Despite not reaching a settlement during that mediation conference, the parties agreed that a further meeting between the CEO of Plaintiff and the CEO of Defendant's parent company might succeed in bringing about settlement, obviating the need for further litigation and trial.

6.　　On October 24, 2016, the Court granted the parties' Renewed Stipulation for Extension of Time to Complete Discovery and for all Other Trial and Pretrial Deadlines and issued the Modified Scheduling Order, under which the Close of Non-Expert Discovery was set for March 20, 2017.

7.　　Given that Plaintiff's CEO is in California, and the CEO of Defendant's parent company is in Australia, the earliest that a face-to-face meeting could be arranged was January 18, 2017, on which date the respective CEOs met to discuss this matter and explore a settlement that was agreeable to both sides.

8.　　Building upon the discussions had during that meeting, settlement discussions between the parties continue, and both sides remain hopeful that a resolution can be reached that would allow the parties to avoid additional litigation expense, and obviate the need to use further Court resources.

1

9.     Given the circumstances and issues outlined above, the parties desire the requested extension to facilitate settlement and, alternatively, complete discovery if settlement is not reached.

10.     This is the second modification to the Original Scheduling Order that has been requested by either party.

11.     If granted, no other deadlines in Your Honor's Modified Scheduling Order, including the trial date, will be affected.

12.     In light of the foregoing, the parties respectfully request that Your Honor grant this Stipulated Request.


Dated:  February 17, 2017                          Respectfully submitted,

                                                   POWLEY & GIBSON, P.C.
                                                   JAMES M. GIBSON
                                                   DAVID A. JONES


                                                   HARVEY SISKIND LLP
                                                   D. PETER HARVEY

                                                   By:  /s/ James M. Gibson
                                                        James M. Gibson

                                                   Attorneys for Defendant

                                                   SMITH DUGGAN BUELL & RUFO LLP
                                                   RODNEY E. GOULD
                                                   MELISSA B. PARADIS


                                                   By:   /s/ Rodney E. Gould
                                                         Rodney E. Gould

                                                   Attorneys for Plaintiff


     I, James M. Gibson, am the ECF User whose identification and password are being used to file this document. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that every other signatory has concurred in this filing.

                                                   /s/ James M. Gibson

2

1

2

**[PROPOSED] ORDER**

3

4

     The parties' Stipulated Request deadline is granted.  The new deadline for the Close of Non-

5

Expert Discovery shall be:    <u>May 19, 2017</u>.

6

     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

7

8

9

     Dated: _____

10

                                              _____
                                             HON. JEFFREY S. WHITE

11

                                             United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST AND PROPOSED ORDER TO EXTEND DEADLINE TO COMPLETE FACT DISCOVERY
Case No.: C 15-03890 JSW