Rodney E. Gould, State Bar No. 238877
rgould@smithduggan.com
Melissa B. Paradis (admitted *pro hac vice*)
mparadis@smithduggan.com
SMITH DUGGAN BUELL & RUFO LLP
55 Old Bedford Road
Third Floor, Suite 300
Lincoln, Massachusetts 01773
Telephone:  617) 228-4457
Facsimile: (781) 259-1112

Laurie E. Sherwood, State Bar No. 155312
lsherwood@wfbm.com
WALSWORTH FRANKLIN BEVINS & McCALL, LLP
601 Montgomery Street, Ninth Floor
San Francisco, California 94111-2612
Telephone:      (415) 781-7072
Facsimile:      (415) 391-6258

Attorneys for Plaintiff
*BACKROADS*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| BACKROADS, a California corporation, | Case No. C 15-03890 JSW |
| Plaintiff, | **STATUS REPORT** |
| v. | |
| BACK ROADS TOURING CO. LIMITED, a United Kingdom limited company, | |
| Defendant. | |

The parties are pleased to advise this Honorable Court that settlement discussions have progressed well and only a few remaining provisions need clarification and approval.  We anticipate that the Settlement Agreement should be finalized on or before October 1, 2017.

STATUS REPORT -- Case No.: C 15-03890 JSW

| | |
|---|---|
| Dated:  August 14, 2017 | SMITH DUGGAN BUELL & RUFO LLP<br>RODNEY E. GOULD<br>MELISSA B. PARADIS |
| | By:   /s/ Rodney E. Gould<br>        Rodney E. Gould |
| | Attorneys for Plaintiff |
| | HARVEY SISKIND LLP<br>D. PETER HARVEY<br>DONALD A. THOMPSON |
| | POWLEY & GIBSON, P.C.<br>JAMES M. GIBSON<br>DAVID A. JONES |
| | By:   /s/ James M. Gibson<br>        James M. Gibson |
| | Attorneys for Defendant |

I, Rodney E. Gould, am the ECF User whose identification and password are being used to file this document. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that each other signatory has concurred in this filing.

/s/ Rodney E. Gould